CLEMENTE M. JIMÉNEZ, SBN 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
MIKE GAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MIKE GAMA,<br><br>      Defendant. | Case No.: 2:21-cr-00199-JAM<br><br>**STIPULATION AND ORDER CONTINUING DISPOSITIONAL HEARING**<br><br>DATE:  March 3, 2026<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin Lee, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant Mike Gama, that the sentencing hearing scheduled for March 3, 2026, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on April 7, 2026, at 9:00 a.m. for dispositional hearing. US Probation notified the parties that they require additional time to complete their dispositional memorandum.

//
//
//
//
//
//

DATED:    February 23, 2026        /S/      Justin Lee
                                    ERIC GRANT
                                    By JUSTIN LEE
                                    Attorney for Plaintiff


DATED:    February 23, 2026        /S/      Clemente M. Jiménez
                                    CLEMENTE M. JIMÉNEZ
                                    Attorney for Mike Gama


**ORDER**

IT IS SO ORDERED, that the dispositional hearing in the above-entitled matter, scheduled for March 03, 2026, at 9:00 a.m., be **VACATED** and **CONTINUED** to **April 07, 2026, at 9:00 a.m.**


Dated: February 23, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

21cr0199.Stip.0223                          - 2 -