UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

March 4, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

MIKE GAMA

      Defendant.

Case No.  2:21-cr-00199-JAM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MIKE GAMA ,

Case No.  2:21-cr-00199-JAM , 18 USC § 3583, from custody

       Release on Personal Recognizance

       Bail Posted in the Sum of $ $ _____

       Unsecured Appearance Bond $ $ _____

       Appearance Bond with 10% Deposit

       Appearance Bond with Surety

       Corporate Surety Bail Bond

  X   (Other): Defendant released on previously imposed supervised release conditions and additional condition as stated on the record.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on March 4, 2026 at 2:00 PM

By: _____

Magistrate Judge Chi Soo Kim